No. 353. BEDAMI v. FLORIDA. District Court of Appeal of Florida, Second District. Certiorari denied. Pat Whitaker for petitioner.

No. 356. SPAULDING, DOING BUSINESS AS WHITEWAY MANUFACTURING Co., v. GUARDIAN LIGHT Co., INC. C. A. 7th Cir. Certiorari denied. J. Warren Kinney, Jr. for petitioner. Charles B. Cannon and Geo. H. Wallace for respondent.

No. 358. REEDEREI BLUMENFELD, G. M. B. H., v. HOLLEY, ADMINISTRATRIX. C. A. 4th Cir. Certiorari denied. Barron F. Black and Hugh S. Meredith for petitioner. Louis B. Fine for respondent.

No. 361. STOFFEL SEALS CORP. v. E. I. BROOKS CO. C. A. 2d Cir. Certiorari denied. Whitney North Seymour, A. Yates Dowell, Jr. and E. Barrett Prettyman, Jr. for petitioner. Henry R. Ashton and Francis J. Sullivan for respondent.

No. 362. WYBRANT SYSTEM PRODUCTS CORP. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. Edward F. Howrey and John Bodner, Jr. for petitioners. Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon and Alan B. Hobbes for respondent.

No. 365. GUTHRIE v. SINCLAIR REFINING CO. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied. Arthur J. Mandell for petitioner. Tom M. Davis for respondent.